UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPHINE BOSCO DERUITER,

        Plaintiff,

-against-

START TREATMENT & RECOVERY CENTER, INC.,

        Defendant.

No. 24-CV-8207 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

It having been reported to this Court that the above-entitled action has been settled, it is hereby ORDERED that the Clerk of the Court shall mark this matter as closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 30 days of the date of this Order, either party may apply by letter within the 30-day period for reinstatement of the action.

**SO ORDERED.**

Dated:    March 10, 2025
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1