UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPHINE BOSCO DeRUITER,

                PLAINTIFF,

    VS.

START TREATMENT & RECOVERY CENTER, INC.,
d/b/a START Care,

                DEFENDANT.

[~~PROPOSED~~] **JUDGMENT**

24-CV-8207

Hon. Loretta A. Preska
United States District Judge

---

    Defendant, START Treatment & Recovery Centers, Inc. d/b/a StartCare, offered to allow entry of judgment to be taken against it pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiff Josephine Bosco DeRuiter in the amount of $2,000.00, inclusive of all attorney's fees, costs, disbursements, prejudgment interest, or any additional sums entitled to Plaintiff, in complete resolution of Plaintiff's Fair Labor Standards Act/New York Labor Law claim <u>only</u> (Third Claim in the Complaint); and Plaintiff has filed Notice of Acceptance of the Offer of Judgment.

    Accordingly, the Court hereby enters judgment in favor of Plaintiff, Josephine Bosco DeRuiter, against Defendant, START Treatment & Recovery Center, Inc., in the total amount of $2,000.00, with no award of attorney's fees, costs, disbursements, prejudgment interest, or any other additional sums, in full and complete resolution of Plaintiff's Fair Labor Standards Act/New York Labor Law claim <u>only</u> (Third Claim in the Complaint), and the Court further orders that the First and Second Claims in the Complaint shall be severed.

Dated: _May 22_, 2025
New York, New York

_/s/ Loretta A. Preska_
Hon. Loretta A. Preska
United States District Judge